IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>NORTHEASTERN DIVISION</u>

| | |
|---|---|
| SHANNON D. STEELE | ) |
| | ) |
| v. | ) CR. NO. 03-BE-23-NE |
| | ) CV. NO. 04-BE-8037-NE |
| UNITED STATES OF AMERICA | ) |

<u>O R D E R</u>

On May 31, 2005 the magistrate judge's findings and recommendation was filed and the parties were allowed therein fifteen (15) days in which to file objections to the recommendation made by the magistrate judge. No objections have been filed.

After careful consideration of the record in this case and the magistrate judge's findings and recommendation, the Court hereby ADOPTS the findings of the magistrate judge. The Court further ACCEPTS the recommendations of the magistrate judge. It is therefore ORDERED, ADJUDGED and DECREED that: the motion to vacate, set aside or correct sentence is DISMISSED as untimely.

DONE this the 20th day of June, 2005.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE